JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-424 TSZ |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND TIME FOR PRETRIAL MOTIONS |
| vs. | ) ) ) | |
| JASON R. DAVIS, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT having considered the unopposed motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(i)(iv).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from January 22, 2007, to March 12, 2007.

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL & EXTEND PTM DUE DATE
(*Jason Davis*;  #06-424TSZ)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1     IT IS FURTHER ORDERED pretrial motions will be due February 22, 2007.

2     IT IS FURTHER ORDERED that the period of time from the current trial date of January 22, 2007, up to and including the new proposed trial date of March 12, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

5     DONE this 27th day of December, 2006.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ Timothy R. Lohraff
WSBA # 32145
Attorney for Jason R. Davis
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:       (206) 553-0120
tim_lohraff@fd.org

s/ Susan Dohrmann
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL & EXTEND PTM DUE DATE
(*Jason Davis*;  #06-424TSZ)

2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**